# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: §
§
TANG, TOM § Case No. 16-10209 TMD
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/25/2016 . The undersigned trustee was appointed on 02/26/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,101.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 375.00 |
| Bank service fees | | 61.09 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 2,500.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,164.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/22/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,150.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,150.25 , for a total compensation of $ 1,150.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 414.85 , for total expenses of $ 414.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2016   By:/s/RANDOLPH N. OSHEROW
   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No: 16-10209 TMD Judge: Tony M. Davis - Austin  Trustee Name: RANDOLPH N. OSHEROW
Case Name: TANG, TOM  Date Filed (f) or Converted (c): 02/25/16 (f)
 341(a) Meeting Date: 03/24/16
For Period Ending: 11/01/16  Claims Bar Date: 08/22/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13213 Hymeadow Circle, Austin, TX | 367,000.00 | 138,690.88 | | 0.00 | FA |
| 2. Infiniti FX35 2004 | 7,425.00 | 7,425.00 | | 0.00 | FA |
| 3. Mercedes 450GL 2014 | 50,725.00 | 50,725.00 | | 0.00 | FA |
| 4. Audi S3 2015 | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 5. Televisions, DVD, laptop, computer/monitor, Ipad, tablet, printer, scanner, camera w lenses, phones | 4,005.00 | 4,005.00 | | 0.00 | FA |
| 6. Bicycles, sports equipment, etc | 525.00 | 525.00 | | 0.00 | FA |
| 7. Clothes | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 8. Jewelry | 4,905.00 | 4,905.00 | | 0.00 | FA |
| 9. 1 dog | 10.00 | 10.00 | | 0.00 | FA |
| 10. Cash | 95.00 | 95.00 | | 0.00 | FA |
| 11. Citibank checking | 29.82 | 29.82 | | 0.00 | FA |
| 12. RBFCU checking | 100.02 | 100.02 | | 0.00 | FA |
| 13. Chase checking | 31.72 | 31.72 | | 0.00 | FA |
| 14. Bank of America checking | 119.32 | 119.32 | | 0.00 | FA |
| 15. Chase checking acct | 27.97 | 27.97 | | 0.00 | FA |
| 16. RBFCU savings | 101.10 | 101.10 | | 0.00 | FA |
| 17. Bank of America savings | 20.07 | 20.07 | | 0.00 | FA |
| 18. Chase savings | 80.71 | 80.71 | | 0.00 | FA |
| 19. CitiBank savings | 25.15 | 25.15 | | 0.00 | FA |
| 20. Amplify, savings acct | 33.61 | 33.61 | | 0.00 | FA |
| 21. 100% interest in DV Commerce, LC | 0.00 | 0.00 | | 0.00 | FA |
| 22. Axa Retirement 401(k) | 19,782.00 | 19,782.00 | | 0.00 | FA |
| 23. Employer provided 401(k) | 46,930.71 | 46,930.71 | | 0.00 | FA |
| 24. Fidelity Traditional IRA | 18,126.50 | 18,126.50 | | 0.00 | FA |
| 25. AXA Retirement IRA | 100,812.27 | 100,812.27 | | 0.00 | FA |
| 26. PTC Roth IRA | 43,475.31 | 43,475.31 | | 0.00 | FA |
| 27. LoneStar 529 Plan Current value of the plan $18,618.42 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 28. Employer Provided Term | 1.00 | 1.00 | | 0.00 | FA |
| 29. Computer, printer, cell phone, office supplies | 400.00 | 400.00 | | 0.00 | FA |
| 30. Household goods | 7,365.00 | 7,365.00 | | 0.00 | FA |
| 31. DOMAIN NAMES | 0.00 | 4,601.00 | | 4,601.00 | FA |
| TOTALS (Excluding Unknown Values) | $709,752.28 | $486,044.16 | | $4,601.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/17   Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 16-10209 | | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- | --- |
| Case Name: | TANG, TOM | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******2784 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9160 | | | |
| For Period Ending: | 11/01/16 | | Blanket Bond (per case limit): | $ 22,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/09/16 | | KLEMCHUK LLP | TANG DOMAINS | 1129-000 | 2,500.00 | | 2,500.00 |
| *C 05/27/16 | | CHEN HIEN TANG | PURCHASE DOMAIN NAMES | 1129-003 | 4,601.00 | | 7,101.00 |
| C 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,091.00 |
| *C 06/06/16 | | CHEN HIEN TANG | PURCHASE DOMAIN NAMES NSF deposit. | 1129-003 | -4,601.00 | | 2,490.00 |
| C 06/09/16 | | CHEN TANG | PURCHASE OF DOMAIN NAMES | 1129-000 | 1,000.00 | | 3,490.00 |
| 06/09/16 | 31 | Asset Sales Memo: | DOMAIN NAMES $1,000.00 | | | | 3,490.00 |
| C 06/09/16 | | CHEN TANG | PURCHASE DOMAIN NAMES | 1129-000 | 1,000.00 | | 4,490.00 |
| 06/09/16 | 31 | Asset Sales Memo: | DOMAIN NAMES $1,000.00 | | | | 4,490.00 |
| C 06/09/16 | | CHEN TANG | PURCHASE DOMAIN NAMES | 1129-000 | 1,000.00 | | 5,490.00 |
| 06/09/16 | 31 | Asset Sales Memo: | DOMAIN NAMES $1,000.00 | | | | 5,490.00 |
| C 06/09/16 | | CHEN TANG | PURCHASE DOMAIN NAMES | 1129-000 | 1,000.00 | | 6,490.00 |
| 06/09/16 | 31 | Asset Sales Memo: | DOMAIN NAMES $1,000.00 | | | | 6,490.00 |
| C 06/09/16 | | CHEN TANG | PURCHASE DOMAIN NAMES | 1129-000 | 601.00 | | 7,091.00 |
| 06/09/16 | 31 | Asset Sales Memo: | DOMAIN NAMES $601.00 | | | | 7,091.00 |
| *C 06/28/16 | 000101 | KLEMCHUK, LLP | PAYMENT PER DOC. #27, 05/29/16 | 8500-004 | | 2,500.00 | 4,591.00 |
| C 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,581.00 |
| C 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.49 | 4,570.51 |
| C 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.48 | 4,560.03 |
| C 09/27/16 | 000102 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS 78101 | Per doc. #33, 09/26/16. | 3410-000 | | 375.00 | 4,185.03 |
| C 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.12 | 4,174.91 |
| *C 10/12/16 | 000101 | KLEMCHUK, LLP | Stop Payment Reversal STOP PAYMENT | 8500-004 | | -2,500.00 | 6,674.91 |
| C 10/21/16 | 000103 | KLEMCHUK, LLP | PAYMET PER DOC. #27, 05/29/16 REPLACEMENT CHECK FOR CHECK #101 | 8500-000 | | 2,500.00 | 4,174.91 |
| C 10/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,164.91 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | |
| *******2784 | 13 Deposits | 7,101.00 | 4 Checks | 2,875.00 | |
| | 0 Interest Postings | 0.00 | 6 Adjustments Out | 61.09 | |
| | | | 0 Transfers Out | 0.00 | |
| | Subtotal | $ 7,101.00 | | | |
| | 0 Adjustments In | 0.00 | Total | $ 2,936.09 | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 7,101.00 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 16-10209 | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- |
| Case Name: | TANG, TOM | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******2784 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9160 | | |
| For Period Ending: | 11/01/16 | Blanket Bond (per case limit): | $ 22,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 01, 2016 |
|---|---|---|---|---|---|---|

Case Number: 16-10209  
Debtor Name: TANG, TOM

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | JANET RAKOWITZ<br>11024 MACAWAY, #2<br>ADKINS, TEXAS 78101 | Administrative<br>Per doc. #33, 09/26/16. | | $0.00 | $375.00 | $375.00 |
| | | | 1150502784  09/27/16  102 | | 375.00 | |
| | Subtotal for Priority 001 | | | $0.00 | $375.00 | $375.00 |
| 000001<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $9,018.00 | $9,061.53 | $9,061.53 |
| 000002<br>070<br>7100-00 | VerticalScope Inc.<br>c/o Aaron Davidson<br>Klemchuk LLP<br>8150 N. Central Expwy, 10th Fl<br>Dallas, TX 75206 | Unsecured<br>(2-1) Business Debt | | $293,250.00 | $293,250.00 | $293,250.00 |
| | Subtotal for Priority 070 | | | $302,268.00 | $302,311.53 | $302,311.53 |
| 999<br>8500-00 | KLEMCHUK, LLP | Unsecured<br>PAYMET PER DOC. #27, 05/29/16<br>returned funds on bidding | | $0.00 | $2,500.00 | $2,500.00 |
| | | | 1150502784  10/21/16  103 | | 2,500.00 | |
| | Subtotal for Priority 999 | | | $0.00 | $2,500.00 | $2,500.00 |
| | Case Totals: | | | $302,268.00 | $305,186.53 | $305,186.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-10209 TMD
Case Name: TANG, TOM
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand $ 4,164.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 1,150.25 | $ 0.00 | $ 1,150.25 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 414.85 | $ 0.00 | $ 414.85 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 375.00 | $ 375.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,565.10

Remaining Balance $ 2,599.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 302,311.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank FSB | $ 9,061.53 | $ 0.00 | $ 77.93 |
| 000002 | VerticalScope Inc. | $ 293,250.00 | $ 0.00 | $ 2,521.88 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,599.81 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE